**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Fulton County Board of Registration and Elections<br>     (Petitioner)<br>v<br>United States of America<br>     (Respondent) | Case No. 26-MI-88 |

## <u>ORDER</u>

Acting under the Court's inherent authority under Rule 17(c)(2) of the Federal Rules of Criminal Procedure, this Court hereby stays any enforcement of the referenced subpoena which is the subject of the Motion of the Fulton County Board of Registration and Elections to Quash Grand Jury Subpoena ("Motion") until such time as the United States Department of Justice ("DOJ") has had an opportunity to respond in writing to said Motion and until the time that the Court has issued a ruling on said Motion. Once the DOJ has responded to the Motion, the Court will schedule a hearing on this matter. The Petitioner, Fulton County Board of Registration and Elections, is directed to send a copy of this Order to the DOJ.

So ORDERED this 5th day of May, 2026.

William M. Ray II

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1