# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA NO. 2026R00350-01 | Case No. 26-MI-0088 |

## CERTIFICATE OF SERVICE OF MOTION TO QUASH

The Fulton County Board of Registration and Elections ("FBRE" or "Petitioner") hereby notifies the Court and the parties that on May 4, 2026, Counsel for Petitioner electronically served counsel for Respondent United States of America with a copy of Petitioner's Motion to Quash Grand Jury Subpoena in the above-styled action. Specifically, Counsel for Respondent was served at the email address provided on the grand jury subpoena. Counsel for Respondent replied via email on May 5, 2026, and confirmed receipt of the motion.

Respectfully submitted, this 13th day of May, 2026.

[SIGNATURES ON FOLLOWING PAGE]

1

/s/ Y. Soo Jo
Y. Soo Jo
Georgia Bar No. 385817
OFFICE OF THE FULTON
COUNTY ATTORNEY
141 Pryor St. SW, Suite 4038
Atlanta, Georgia 30309
Tel.: (404) 612-0246
soo.jo@fultoncountyga.gov

/s/ Kamal Ghali
Kamal Ghali
Georgia Bar No. 805055
Matthew A. Josephson
Georgia Bar No. 367216
Michael C. Duffey
Georgia Bar No. 710738
CHAIKEN GHALI LLP
One Atlantic Center
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
Tel.: (404) 795-5005
kghali@chaikenghali.com
mjosephson@chaikenghali.com
mduffey@chaikenghali.com

/s/ Abbe David Lowell
Abbe David Lowell*
John Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Washington, D.C. 20005
Tel.: (202)-964-6110
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

/s/ Stephen Jonas
Stephen Jonas*
Norman Eisen*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 1580
Washington, D.C. 20003
Tel.: (202) 594-9958
steve@democracydefenders.org
norman@democracydefenders.org

*Counsel for Fulton County Board of
Registration and Elections*

*Application for admission pro hac
vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court via email. I further certify that I have this day served Counsel for Respondent with a copy of the same document via email.

This 13th day of May, 2026.

/s/ Michael C. Duffey
Michael C. Duffey