IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Fulton County Board of Registration and Elections,**

   Plaintiff(s),

   v.

                           CIVIL ACTION FILE
                           NO. 1:26-mi-88-WMR

**United States of America**

   Defendant(s).

## NOTICE OF HEARING

     Notice is hereby given that the Court sets a hearing on the Motion to Quash  [Doc 1] case for Tuesday, May 19, 2026 at 11:30 a.m. before the Honorable William M. Ray, II.  The hearing will take place in Courtroom 300 of the Harold L. Murphy Federal Building and United States Courthouse located at 600 East First Street, Rome, Georgia 30161.

     Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.

     SO ORDERED, this 14th day of May, 2026.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE