# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**Fulton County Board of Registration and Elections,**

    Plaintiff(s),

    v.

                               CIVIL ACTION FILE
                               NO. 1:26-mi-88-WMR

**United States of America**

    Defendant(s).

## NOTICE OF TIME CHANGE

Notice is hereby given that the hearing on the Motion to Quash  [Doc 1] scheduled for Tuesday, May 19, 2026 WILL NOW BEGIN at 1:30 p.m. (as opposed to the 11:30 a.m. time previously noticed) before the Honorable William M. Ray, II.  The hearing will take place in Courtroom 300 of the Harold L. Murphy Federal Building and United States Courthouse located at 600 East First Street, Rome, Georgia 30161.

Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.

SO ORDERED, this 14th day of May, 2026.

William M. Ray II
_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE