## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

In Re: Grand Jury Subpoena No.
2026R00350-01                          Case No.: 1:26-mi-88

_____

### PROPOSED MEDIA INTERVENORS' MOTION
### TO INTERVENE AND FOR ACCESS TO COURT RECORDS

Proposed Media Intervenors Advance Publications, Inc.; Bloomberg L.P.,

the publisher of Bloomberg News; Cable News Network, Inc.; The E.W. Scripps

Company; Gray Local Media, Inc., d/b/a WANF; NBCUniversal Media, LLC d/b/a

NBCUniversal News Group; The New York Times Company; Pro Publica, Inc.;

Reuters News & Media Inc.; and WP Company LLC d/b/a *The Washington Post*

(together, the "Media Intervenors") respectfully move to intervene and unseal the

docket, records, and future filings in this matter.

As explained more fully in the accompanying memorandum of law, the

Media Intervenors seek to intervene in this matter for the limited purpose of

seeking an order (1) unsealing and providing public access to the motion to quash

("Motion to Quash") filed by the Fulton County Board of Registrations and

Elections ("Fulton County"), any exhibits thereto, including the underlying grand

jury subpoena ("Subpoena"), and any other documents filed in this case; (2)

establishing public access to the docket; and (3) requiring that any additional documents in this litigation be filed publicly moving forward.

Although Federal Rule of Criminal Procedure 6(e) ordinarily restricts disclosure of matters "occurring before the grand jury," sealing of "[r]ecords, orders, and subpoenas relating to grand-jury proceedings" is required only as "necessary to prevent the unauthorized disclosure of a matter occurring before a grand jury." *See* Fed. R. Crim. P. 6(e)(6).

Here, the grand jury witness—Fulton County—has disclosed the existence of the Subpoena, publicized the fact that it moved to quash the Subpoena, and even filed the Motion to Quash on the public docket. Thus, any grand jury secrecy has been lost, and the subsequent sealing of the Motion to Quash, the Subpoena, and the docket is not necessary or appropriate under Rule 6(e)(6).

The undersigned counsel conferred with counsel for Fulton County and for the United States of America by email on May 15, 2026. Fulton County consents to the Media Intervenor's motion to intervene for the limited purpose of seeking access to records. The United States objects to the motion to intervene and to unsealing.

2

Respectfully submitted, this 15th day of May 2026,

BALLARD SPAHR LLP

*/s/ Jacquelyn N. Schell*
Jacquelyn N. Schell (Ga. Bar No. 111002)
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: 646.346.8048
Facsimile: 212.223.1942
schellj@ballardspahr.com

*Counsel for the Proposed Media Intervenors*

3

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(D), N.D. Ga.

Pursuant to LR 7.1(D), N.D. Ga., the undersigned counsel hereby certifies that this filing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C), specifically, Times New Roman, 14 point font.

Respectfully submitted, this 15th day of May 2026,

/s/ Jacquelyn N. Schell
Jacquelyn N. Schell (Ga. Bar 111002)
*Counsel for the Proposed Media Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I filed the foregoing Proposed Media Intervenors' Motion to Intervene and for Access to Court Records with the Clerk of the Court via email at criminal_sealed@gand.uscourts.gov.

On the same date, I also served copies of the foregoing via email to the following individuals, who, to the best of my knowledge, are involved in or represent parties in this matter.

Terry M. Meinecke
Assistant United States Attorney
Middle District of North Carolina
terry.meinecke@usdoj.gov

Soo Jo
County Attorney for Fulton County
soo.jo@fultoncountyga.gov

Abbe David Lowell

4

John Bolen
LOWELL & ASSOCIATES, PLLC
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

Kamal Ghali
Matthew A. Josephson
Michael C. Duffey
CHAIKEN GHALI LLP
kghali@chaikenghali.com
mjosephson@chaikenghali.com
mduffey@chaikenghali.com

Stephen Jonas
Norman Eisen
DEMOCRACY DEFENDERS FUND
steve@democracydefenders.org
norman@democracydefenders.org

Respectfully submitted, this 15th day of May 2026,

_/s/ Jacquelyn N. Schell_
Jacquelyn N. Schell (Ga. Bar 111002)
*Counsel for the Proposed Media Intervenors*