## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

In Re: Grand Jury Subpoena No.
2026R00350-01                                    Case No.: 1:26-mi-88

_____

## PROPOSED MEDIA INTERVENORS'
## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Proposed Media Intervenors Advance Publications, Inc.; Bloomberg L.P.,

the publisher of Bloomberg News; Cable News Network, Inc.; The E.W. Scripps

Company; Gray Local Media, Inc., d/b/a WANF; NBCUniversal Media, LLC d/b/a

NBCUniversal News Group; The New York Times Company; Pro Publica, Inc.;

Reuters News & Media Inc.; and WP Company LLC d/b/a *The Washington Post*

(together, the "Media Intervenors"), by and through their undersigned counsel and

pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, hereby submit

the following Certificate of Interested Persons and Corporate Disclosure

Statement:

**1.     The undersigned counsel of record for a party to this action
certifies that, to the best of their knowledge, the following is a full and
complete list of the parties in Case No. 1:26-mi-88, which is sealed, including
the proposed Media Intervenors and any parent corporation and/or publicly
held corporation that owns 10% or more of the stock of a party or proposed
intervenor:**

**The United States of America**

**Fulton County, Georgia Board of Registrations and Elections**

**Proposed Intervenors:**

- **Advance Publications, Inc.** is not a publicly held corporation and no publicly held corporation owns 10% or more of its stock.

- **Bloomberg L.P.**, the publisher of Bloomberg News, is a limited partnership; its general partner is Bloomberg Inc.; and no publicly held corporation owns 10% or more of Bloomberg L.P.'s limited partnership interests.

- **Cable News Network, Inc.**, is ultimately a wholly owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

- **The E.W. Scripps Company** is a publicly traded company with no parent company.  No individual stockholder owns more than 10% of its stock.

- **Gray Local Media, Inc.** is a subsidiary of Gray Media, Inc.  Gray Media, Inc. is a publicly traded corporation, and no parent company or publicly held company holds 10% or more of its stock.

2

- **NBCUniversal Media, LLC** d/b/a NBCUniversal News Group is a wholly owned, indirect subsidiary of Comcast Corporation, which is publicly traded.  Comcast Corporation does not have a parent company, and no other publicly held company owns 10% or more of its stock.

- **The New York Times Company**, a publicly traded company, has no parent company and no publicly held corporation owns 10% or more of its stock.

- **Pro Publica, Inc.**, a non-profit corporation, has no parent corporation and issues no stock.

- **Reuters News & Media Inc.** is a Delaware corporation whose parent is Thomson Reuters U.S. LLC, a Delaware limited liability company. Reuters News & Media Inc. and Thomson Reuters U.S. LLC are indirect and wholly owned subsidiaries of Thomson Reuters Corporation, a publicly held corporation that is traded on the Toronto Stock Exchange and Nasdaq Global Select Market (NASDAQ). There are no intermediate parent corporations or subsidiaries of Reuters News & Media Inc. or Thomson Reuters U.S. LLC that are publicly held, and there are no publicly held companies that own 10%

3

or more of Reuters News & Media Inc. or Thomson Reuters U.S. LLC shares.

- **WP Company LLC** d/b/a The Washington Post is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and does not have any outstanding securities in the hands of the public.

2.      The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3.      The undersigned further certifies that, to the best of their knowledge, the following is a full and complete list of all persons serving as attorneys for the parties and proposed intervenors in Case No. 1:26-mc-0177, which is sealed:

**Attorney for the United States of America**:[1]

Terry M. Meinecke
Assistant United States Attorney
Middle District of North Carolina
101 South Edgewood St., 4th Floor
Greensboro, NC 27401
Telephone: 336-944-2961
Email: terry.meinecke@usdoj.gov

---

[1] As the docket is currently sealed, the undersigned counsel has been unable to determine whether additional counsel represent the United State of America in this miscellaneous action.

4

**Attorney for Fulton County:**

Soo Jo
County Attorney for Fulton County
141 Pryor St. SW Suite 4038
Atlanta, GA 30303
Telephone: (404) 612-0235
Email: soo.jo@fultoncountyga.gov

Abbe David Lowell
John Bolen
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Washington, D.C. 20005
Tel.: (202)-964-6110
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

Kamal Ghali
Matthew A. Josephson
Michael C. Duffey
CHAIKEN GHALI LLP
One Atlantic Center
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
Tel.: (404) 795-5005
kghali@chaikenghali.com
mjosephson@chaikenghali.com
mduffey@chaikenghali.com

Stephen Jonas
Norman Eisen
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE,
Suite 1580
Washington, D.C. 20003
Tel.: (202) 594-9958
steve@democracydefenders.org

norman@democracydefenders.org

**Attorneys for Proposed Media Intervenors:**

Jacquelyn N. Schell (Ga. Bar No. 111002)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: 646.346.8048
Email: schellj@ballardspahr.com

Respectfully submitted, this 15th of May 2026,

BALLARD SPAHR LLP

 */s/ Jacquelyn N. Schell*
Jacquelyn N. Schell (Ga. Bar No. 111002)
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: 646.346.8048
Facsimile: 212.223.1942
schellj@ballardspahr.com

*Counsel for the Proposed Media Intervenors*

6

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(D), N.D. Ga.

Pursuant to LR 7.1(D), N.D. Ga., the undersigned counsel hereby certifies that this filing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C), specifically, Times New Roman, 14 point font.

Respectfully submitted, this 15th day of May 2026,

*/s/ Jacquelyn N. Schell*
Jacquelyn N. Schell (Ga. Bar 111002)
*Counsel for the Proposed Media Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I filed the foregoing Proposed Media Intervenors' Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court via email at criminal_sealed@gand.uscourts.gov.

On the same date, I also served copies of the foregoing via email to the following individuals, who, to the best of my knowledge, are involved in or represent parties in this matter.

Terry M. Meinecke
Assistant United States Attorney
Middle District of North Carolina
terry.meinecke@usdoj.gov

Soo Jo
County Attorney for Fulton County
soo.jo@fultoncountyga.gov

Abbe David Lowell
John Bolen

7

LOWELL & ASSOCIATES, PLLC
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

Kamal Ghali
Matthew A. Josephson
Michael C. Duffey
CHAIKEN GHALI LLP
kghali@chaikenghali.com
mjosephson@chaikenghali.com
mduffey@chaikenghali.com

Stephen Jonas
Norman Eisen
DEMOCRACY DEFENDERS FUND
steve@democracydefenders.org
norman@democracydefenders.org

Respectfully submitted, this 15th day of May 2026,

/s/ Jacquelyn N. Schell
Jacquelyn N. Schell (Ga. Bar 111002)
*Counsel for the Proposed Media Intervenors*