# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:26-cv-02777-WMR *SEALED*
### In re: Grand Jury Subpoena
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 0**5/19/2026.**

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 5:30 P.M.    COURT REPORTER: Geraldine Glover
TIME IN COURT: 3:00    DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: **Rome**

ATTORNEY(S) PRESENT:    James Bishop representing United States of America
John Bolen representing Fulton County Board of Registration and Elections
Kirsten Fehlan representing Advance Publications, Inc., Bloomberg L.P., Cable News Network, Inc., Gray Local Media, Inc., NBCUniversal Media, LLC, Publica, Inc., Reuters News & Media Inc.,  The E.W. Scripps Company, The New York Times Company, WP Company LLC, , Advance Publications, Inc., Bloomberg L.P.,  Cable News Network, Inc. Gray Local Media, Inc., NBCUniversal Media, LLC, Pro Publica, Inc., Reuters News & Media Inc., The E.W. Scripps Company, The New York Times Company, WP Company LLC

PROCEEDING CATEGORY:    Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON:    [7]Motion to Unseal Case GRANTED

MINUTE TEXT:    Court heard argument on the Motion to Unseal. By Minute Order, the Court Grants the Motion to Unseal; however, a written Order will follow as to the Motion to Unseal and all other pending motions. The Court allows each side 14 days to file any supplemental briefing of not more than 25 pages on pending issues, and 14 days for any parties to respond to any supplemental briefing. The Court will issue a more detailed order as to the information to be more further briefed.

HEARING STATUS:    Hearing Concluded

EXHIBIT STATUS:    Exhibits retained by the Court to be forwarded to the Clerks Office.