**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CIVIL ACTION FILE NO: <br><br> 1:26-cv-02777-WMR |

## <u>ORDER</u>

This matter is before the Court following a hearing held on May 19, 2026. [Doc. 8]. During the hearing, it became apparent that additional briefing is necessary. Accordingly, the Court **ORDERS** as follows:

1. Respondent shall file a supplemental brief addressing the additional authority and evidence referenced by Petitioner during the hearing within **FOURTEEN (14) DAYS** of the date of the hearing. Petitioner may file a response briefing within **FOURTEEN (14) DAYS** after Respondent files its supplemental brief.

2. Respondent shall also file a separate brief addressing any arguments concerning any potential theory of wrongdoing that it contends supports

1

the subpoena at issue within **FOURTEEN (14) DAYS** of the date of this Order. The Court recognizes that the information relevant to this issue may involve confidential investigative material and, therefore, directs the brief to be filed separately so that Respondent may seek leave to file it under seal.

**IT IS SO ORDERED** this 22nd day of May, 2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE