**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**In re Grand Jury Subpoena No.
2026R00350-01**

**Case No. 1:26-cv-02777-WMR**

**UNITED STATES OF AMERICA'S
PROPOSED ORDER ON MOTION TO FILE SUPPLEMENTAL
POSTHEARING BRIEF IN CAMERA**

This matter is before the Court on Motion of the Government to submit *in camera* the supplemental posthearing brief ordered by the Court in paragraph 2 of its order of May 22, 2026 (ECF 15, the "Order").

Whereas the Order recognized the likelihood of the presence of confidential investigative material in the Government's submission and examination of same confirms that expectation; and

Whereas *in camera* review is appropriate for the preservation of grand jury investigative confidences. *See United States v. R. Enters., Inc.*, 498 U.S. 292, 302 (1991)("[A] district court may require that the Government reveal the subject of the investigation to the trial court *in camera* . . . ."); *see also In re Grand Jury Empaneling of Special Grand Jury*, 171 F.3d 826, 836 (3d Cir. 1999) ("We have consistently endorsed the use of *in camera* proceedings to preserve grand jury secrecy.").

It is therefore ordered that the motion to submit *in camera* is **GRANTED** and the Government's submittal is so received.

1

**SO ORDERED** this ___ day of June, 2026.


_____
WILLIAM M RAY, II
UNITED STATES DISTRICT JUDGE