**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**Fulton County Board of Registration and Elections,**

Petitioner,

v.

**United States of America,**

Respondent.

**Case No. 1:26-cv-02777-WMR**

## MOTION TO SUPPLEMENT RECORD FOR APPEAL

The United States moves this Court to supplement the record for appeal by adding documents it submitted for *in camera* review as part of the proceedings on Petitioner's Motion to Quash Grand Jury Subpoena. As grounds, the United States asserts as follows:

1. At the May 19, 2026 Motion Hearing, the United States provided the Court an affidavit from FBI Special Agent Hugh Evans for the Court to review *in camera*. *See* (Doc. 16 at 85-86.)

2. Following the hearing, the United States filed a Motion for *in camera* review of a supplemental brief (doc. 32) addressing the Court's request for "any arguments concerning any potential theory of wrongdoing that it contends supports the subpoena at issue." (Doc. 15.) A copy of the brief was submitted to the Court's chambers email.

3. Neither the affidavit nor the supplemental brief appears on the docket. When the Court granted Petitioner's motion, it deemed the United States' motion for in camera review and the Petitioner's opposition to that motion moot. (Doc. 37 at 23 n.18.) In the Order, the Court noted that it had reviewed and considered these *in camera* materials as part of its decision. *(Id.)* (noting that the motion for *in camera* review "was granted by implication since the Court reviewed these materials.").

4. Under Rule 10(e)(2)(B) of the *Federal Rules of Appellate Procedure*, "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded . . . by the district court before or after the record has been forwarded." "[T]he purpose of Rule 10(e) is to ensure that the record on appeal 'truly discloses what occurred in the district court.'" *Hoover v. Blue Cross & Blue Shield of Alabama*, 855 F.2d 1538, 1543 (11th Cir. 1988) (quoting FED. R. APP. 10(e)). As these documents were considered by the district court, the United States believes they should be part of the record on appeal.

WHEREFORE, the United States asks that the Court to add Special Agent Evans's affidavit and the United States' Supplement *In Camera* Brief as docket entries available only to the United States and the Court and certify a

supplemental record for the appeal to the Eleventh Circuit. If the Court would prefer, the United States can resubmit these materials to the Court as directed.

*/s/ DAN BISHOP*
DAN BISHOP
Special Attorney to the Attorney General
and United States Attorney for the Middle
District of North Carolina
N.C. State Bar Number 17333
101 S. Edgeworth St., Fourth Floor
Greensboro, NC 27401
Telephone: (336) 332-6333
E-mail: Dan.Bishop@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to LR 5.1(C) and 7.1(D), that I prepared the foregoing motion using Century Schoolbook, 13 point font.

*/s/ DAN BISHOP*
DAN BISHOP
Special Attorney to the Attorney General
and United States Attorney for the Middle
District of North Carolina